84 A.3d 1057

**Joan KRAJEWSKI, Appellee**

v.

**Fred Paul GUSOFF, John Scanlon, Philly Online LLC, DBA Broad Street Community Newspapers, and Broad Street Publishing LLC, Appellants.**

Supreme Court of Pennsylvania.

Jan. 29, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of January, 2014, the Application of Thomas Krajewski and Michael Krajewski, Co–Executors of the Estate of Joan Krajewski, Deceased, to be Substituted for Decedent Joan Krajewski as the Appellees in the Above–Captioned Appeal is **GRANTED.** The Motion of Thomas Krajewski and Michael Krajewski, Co–Executors of the Estate of Joan Krajewski, Deceased, to Dismiss the Appeal for Mootness is also **GRANTED.**